UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE, Warden-USP Atwater,<br><br>　　　　　Respondent. | Case No.  1:22-cv-01470-HBK (HC)<br><br>ORDER VACATING JANUARY 6, 2023 FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 7)<br><br>ORDER MOOTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2) |

　　　　Petitioner Gregory C. Jones is a federal prisoner proceeding pro se on his petition for writ of habeas corpus filed under 28 U.S.C. § 2241.  (Doc. No. 1).  On November 14, 2022, Petitioner moved for leave to proceed *in forma pauperis*.  (Doc. No. 2).  On January 6, 2023, after Petitioner failed to timely respond to a November 22, 2022 order to show cause why the motion to proceed *in forma pauperis* should not be denied due to Petitioner having sufficient funds in his inmate trust fund account, the undersigned issued Findings and Recommendations recommending that Petitioner's application to proceed *in forma pauperis* be denied and he be assessed the $5.00 filing fee.  (Doc. Nos. 4, 7).  On January 17, 2023, before the expiration of the fourteen-day objection period, the Court received the $5.00 filing fee (receipt no. CAE100052061) for the benefit of Petitioner.

Accordingly, it is **ORDERED**:

1. The January 6, 2023 Findings and Recommendations (Doc. No. 7) are VACATED.

2. Petitioner 's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is MOOT.

Dated:   January 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE