# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES | Old Case No: 1:22-cv-01470-JLT-HBK |
| Plaintiff, | **New Case No: 1:22-cv-01470 HBK** |
| v. | **ORDER REASSIGNING CASE** |
| B.M. TRATE | |
| Defendants. | |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of District Judge Jennifer L. Thurston to the docket of United States Magistrate Judge Helena Barch-Kuchta for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:22-cv-01470-HBK**

IT IS SO ORDERED.

Dated:   **February 1, 2023**

UNITED STATES DISTRICT JUDGE

1